AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas

FILED

DEC 31 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Ruth Del Carmen ESTEVES (1976/USC) | ) | Case No. | M-21-0001-M |
| | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 31, 2020 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 61.92 Kilograms of Methamphetamine, a Schedule II Controlled Substance, and Approximately 3.52 Kilograms of Heroin a Schedule I Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 61.92 Kilograms of Methamphetamine, a Schedule II Controlled Substance, and Approximately 3.52 Kilograms of Heroin a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☒ Continued on the attached sheet.

Complaint authorized by: AUSA Michael Mitchell

/s/ Brett Halleman
*Complainant's signature*

Brett Halleman, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 12/31/2020 @ 7:58 PM

*Judge's signature*

U.S. Magistrate J. Scott Hacker
*Printed name and title*

City and state: McAllen, Texas

## Attachment "A"

I, Brett Halleman, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On December 31, 2020, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Ruth Del Carmen Esteves (hereafter ESTEVES), a citizen of the United States, while attempting to enter the U.S. with approximately 61.92 kilograms of methamphetamine and approximately 3.52 kilograms of heroin concealed within metal aftermarket compartments in all four (4) tires of the vehicle she was driving.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration from ESTEVES except for approximately $900 United States dollars. CBPOs referred ESTEVES and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in all four (4) tires of the vehicle. CBPOs conducted a canine open-air sniff search that yielded a positive alert on the vehicle.

4. A physical search of the vehicle revealed a total of 25 packages concealed within the tires. CBPOs field tested the substances inside the packages, some with a presumptive positive result for the characteristics of heroin and some with a presumptive positive result for the characteristics of methamphetamine. CBPOs weighed the packages containing suspected heroin, which weighed approximately 3.52 kilograms on a calibrated scale. CBPOs weighed the packages containing suspected methamphetamine, which weighed approximately 61.92 kilograms on a calibrated scale.

5. HSI Special Agents responded to the Hidalgo POE to assist in the investigation. HSI Special Agents interviewed ESTEVES, who advised she did not want to make any statements. After the interview was terminated by HSI Special Agents, ESTEVES made a spontaneous utterance claiming she was obligated due to what happened last time.

6. HSI Special Agents discovered ESTEVES was apprehended on October 20, 2020, by CBP at the Hidalgo POE with approximately $195,000.00 United States Dollars (USD) concealed within the dashboard of the vehicle ESTEVES was driving. At the time, ESTEVES was attempting to depart the United States into Mexico without making a lawful declaration of the currency.